UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62239-WPD

ROBERTO GONZALEZ,

    Plaintiff,

vs.

ACTION GROUP INVESTMENTS CORP.,
d/b/a CIRO'S ITALIAN DELI &
RESTAURANT, and EQUITY ONE, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, Equity One, Inc., through its undersigned counsel, hereby gives notice that all parties have reached a final settlement with Plaintiff. The settlement documents are in the process of being prepared and final dismissal papers will be filed with the Court within twenty (20) days.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 2, 2016, a true and correct copy of the foregoing was filed with this Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

                            **GREENSPOON MARDER, P.A.**
                            *Attorneys for Defendant, Equity One, Inc.*
                            200 East Broward Boulevard, Suite 1800
                            Fort Lauderdale, FL  33301
                            Phone: (954) 491-1120 Ext. 1233
                            Fax:    (954) 267-8027
                            Peter.siegel@gmlaw.com

                        BY: ____s/ Peter R. Siegel_____
                                **PETER R. SIEGEL**
                                Florida Bar #988634
                                **ALEJANDRO I. LEIVA**
                                Florida Bar #118309

CASE NO.: 0:16-cv-62239-WPD

## SERVICE LIST

*Attorneys for Plaintiff*

**J & M Advocacy Group, LLC**

Jessica Kerr, Esq.
Jaci Mattocks, Esq.
4651 Sheridan Street
Suite 301
Hollywood, FL  33021
Tel:   (954) 962-1166
Fax:  (954) 962-1779
Primary Email: Jessica@jmadvocacygroup.com
Service Email: service@jmadovacygroup.com