UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62239-CIV-DIMITROULEAS

ROBERTO GONZALEZ,

    Plaintiff,

v.

ACTION GROUP INVESTMENTS CORP.,
d/b/a CIRO'S ITALIAN DELI &
RESTAURANT, and EQUITY ONE, INC.

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal with Prejudice (the "Stipulation") [DE 11], filed herein on November 10, 2016. The Court has carefully reviewed the Stipulation [DE 11] and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 11] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of November, 2016.



WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

1